1   ANN MILLER RAVEL, County Counsel (S.B. #62139)
    KEVIN M. HAMMON, Deputy County Counsel (S.B. #232360)
2   OFFICE OF THE COUNTY COUNSEL
    70 West Hedding, East Wing, 9th Floor
3   San Jose, California  95110-1770
    Telephone:  (408) 299-5900
4   Facsimile:  (408) 292-7240

**E-FILING**

5   Attorneys for Defendant
    COUNTY OF SANTA CLARA

6

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11  TIMOTHY W. BROWN                 )    No.
                                     )
12          Plaintiff,               )
                                     )
13                                   )    (Superior Court Case No. 1-07-CV086562)
                                     )
    v.                               )    **DEFENDANT'S NOTICE OF AND**
14                                   )    **PETITION FOR REMOVAL OF CIVIL**
    SANTA CLARA COUNTY               )    **ACTION UNDER**
15  DEPARTMENT OF CORRECTION;        )    **28 U.S.C. §1441(b) (Federal Question)**
    Pro Per Coordinator known as     )
16  ALEXANDRIA, in her official      )
    capacity and a person; EDWARD C. )
17  FLORES, Chief of Correction,     )
    in his official capacity and as a person; )
18  DOES 1 through 20                )
                                     )
19          Defendants.              )
                                     )
20  _____ )

21  TO THE CLERK OF THE ABOVE-ENTITLED COURT:

22  TO PRO PER PLAINTIFF:

23          PLEASE TAKE NOTICE that Defendant COUNTY OF SANTA CLARA ("County")

24  hereby removes to U.S. District Court the state court action described below.

25          1.      On or about June 12, 2007, an action was commenced in the Superior Court of the

26  State of California in and for the County of Santa Clara, entitled *Timothy W. Brown v. Santa*

27  *Clara County Department of Correction, et. al.,* as case number 1-07-CV086562.

28  //

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Defendant's Notice of and Petition
for Removal of Civil Action                    -1-

1    2.    The complaint, in the above-referenced action, alleges causes of action under the

2    United States Constitution.

3    3.    Pursuant to 28 U.S.C. §1446(a), a copy of the complaint that has been filed in this

4    case is attached hereto as Exhibit A.  I am informed and believe that this complaint was served

5    on the County on August 7, 2007.

6    4.    It is the County's intention to file a dispositive motion in the above-referenced

7    action.

8    5.    This complaint is a civil action of which this Court has original jurisdiction under 28

9    U.S.C. §1331, and is one which may be removed to this Court by the County pursuant to the

10    provisions of 28 U.S.C. §1441(b), because Plaintiff's complaint alleges violations of the laws of

11    the United States.  The Northern District of California is the appropriate federal court as the

12    district and division embracing the place where the action is now pending.  28 U.S.C. §1441(a).

13    6.    To the extent that Plaintiff's complaint alleges a cause or causes of action other than

14    violations of rights under the laws of the United States, said causes of action may be removed

15    and adjudicated by this Court pursuant to 28 U.S.C. §1441(c).

16    7.    I request removal on behalf of Defendant County of Santa Clara.

17    WHEREFORE, the undersigned counselor prays that the above action now pending

18    against Defendant County of Santa Clara, in the Superior Court of the State of California in the

19    County of Santa Clara be removed in its entirety to this Court for all further proceedings,

20    pursuant to 28 U.S.C. §1441, et seq.

21    Dated: September 14, 2007                Respectfully submitted,

22                                            ANN MILLER RAVEL
                                            County Counsel
23

24    By:

25                                            KEVIN M. HAMMON
                                            Deputy County Counsel
26
                                            Attorneys for Defendant
                                            COUNTY OF SANTA CLARA
27

28

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Defendant's Notice of and Petition
for Removal of Civil Action                    -2-

SUM-100

# SUMMONS
## (CITACION JUDICIAL)

NOTICE TO DEFENDANT: "Additional Parties Attachment
(AVISO AL DEMANDADO): form is attached."
SANTA CLARA COUNTY DEPARTMENT OF CORRECTION●;
EDWARD C. FLORES, CHIEF OF CORRECTION● IN HIS
CAPACITY AND AS A PERSON; PRO PER COORDINATOR
KNOWN AS ALEXANDRIA, IN HER CAPACITY & A PERSON.
YOU ARE BEING SUED BY PLAINTIFF:
(LO ESTÁ DEMANDANDO EL DEMANDANTE):
TIMOTHY W.      BROWN,
Plaintiff in PRO PER



FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)

ENDORSED FILED

07 JUN 12 PM12: 09

S. GANGAYCO
CLERK
OF CAL
CLARA

---

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales.*

---

The name and address of the court is: (Civil Division)
(El nombre y dirección de la corte es)
SANTA CLARA COUNTY SUPERIOR COURT
191 North First Street
San Jose, California 95113

CASE NUMBER:
(Número del Caso): 1 07CV 086562

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es)
TIMOTHY W.      BROWN APK_134
885 N. San Pedro Street          PLAINTIFF
San Jose, California 95110       PRO PER

DATE:
(Fecha)  JUN 1 2 2007    Kiri Torre    Clerk, by _____, Deputy
                         Executive Officer/Clerk  (Secretario)              (Adjunto)

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).

NOTICE TO THE PERSON SERVED: You are served
1. [XX] as an individual defendant.
2. [XX] as the person sued under the fictitious name of (specify):
        DOES 1 THROUGH 20.

3. [ ] on behalf of (specify):

   under: [ ] CCP 416.10 (corporation)           [ ] CCP 416.60 (minor)
          [ ] CCP 416.20 (defunct corporation)   [ ] CCP 416.70 (conservatee)
          [ ] CCP 416.40 (association or partnership)  [ ] CCP 416.90 (authorized person)
          [XX] other (specify): Public Entity & Under Color of Authority.
4. [ ] by personal delivery on (date):

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. January 1, 2004]

SUMMONS

Code of Civil Procedure §§ 412.20, 465

| | |
|---|---|
| SHORT TITLE: TIMOTHY W. BROWN v. SANTA CLARA COUNTY DEPARTMENT OF CORRECTIONS | CASE NUMBER: 707CV08262 2 |

## INSTRUCTIONS FOR USE

➡ This form may be used as an attachment to any summons if space does not permit the listing of all parties on the summons.

➡ If this attachment is used, insert the following statement in the plaintiff or defendant box on the summons: "Additional Parties Attachment form is attached."

**List additional parties** *(Check only one box. Use a separate page for each type of party):*

☐ Plaintiff    ☒ Defendant    ☐ Cross-Complainant    ☐ Cross-Defendant

**DOES 1 THROUGH 20.**

Page __2__ of __2__

Form Adopted by Rule 982(a)(9)(A)
Judicial Council of California
982(a)(9)(A) [New January 1, 1993]

**ADDITIONAL PARTIES ATTACHMENT**
Attachment to Summons

American LegalNet, Inc.
www.USCourtForms.com

1  Timothy W. Brown
   BKN: 06526348 PFN: APK-134
2  885 North San Pedro Street
   San Jose, California 95110
3
                                                  (ENDORSED)
4                                                   FILED

                                                  MAY 24 07

                                          KIRI TORRE
                                   CHIEF EXEC. OFFICER/CLERK
                                     SUPERIOR COURT OF CA
                                     COUNTY OF SANTA CLARA
                                   BY_____
                                                    DEPUTY

5            SUPERIOR COURT OF CALIFORNIA, COUNTY OF SANTA CLARA

6                                                 107CV086562

7  TIMOTHY W. BROWN,              )      No._____
          Plaintiff,             )      COMPLAINT FOR DAMAGES
8                                )      FOR VIOLATION OF
   v.                            )      PLAINTIFF'S CIVIL
9                                )      RIGHT'S UNDER THE
   SANTA CLARA COUNTY DEPARTMENT OF)    COLOR OF AUTHORITY
10 CORRECTION; PRO PER COORDINATOR )    BY SANTA CLARA COUNTY
   KNOWN AS ALEXANDRIA, IN HER   )      DEPARTMENT OF CORRECTION
11 OFFICIAL CAPACITY AND A PERSON;')    EMPLOYEE'S.
   EDWARD C. FLORES, CHIEF OF     )     Amount Demanded Exceeds
12 CORRECTIONS, IN HIS OFFICIAL   )     $25,000.00
   CAPACITY AND AS A PERSON; DOES )     UNLIMITED CIVIL AMOUNT
13 1 THROUGH 20,                  )
          Defendants,            )
14 _____)

15

16    1. This is an action brought due to the violation of this plaint-

17 iff's Civil Right's to be free from cruel and unusual punishment,

18 in which this plaintiff is asking for recovery of damages from the

19 defendants in their official and personal capacities.

20    2. Does 1 through 20 names are not know to the plaintiff at this

21 time, but will be provided upon an amended complaint as soon as

22 they become available.

23    3. Plaintiff is bringing his complaint under a civil rights viola-

24 tion, due to it being the proper practice in challenges on any

25 condition of confinement and denial of rights to access the courts.

26    4. At all times mentioned herein defendant Pro Per Coordinator

27 known as Alexandria, (Hereinafter Alexandria), was an employee of

28 the Santa Clara County Department of Correction, (Hereinafter known

BROWN v. DEPARTMENT OF CORRECTIONS - COMPLAINT            page 1 of 4
            SANTA CLARA Co.

1 as D.O.C.), and is being sued in her 'official capacity as well
2 as her personal self.

3   5. At all times mentioned here-in, defendant Edward C. Flores,
4 Chief of Corrections, is here-in being sued in his 'official capacity
5 capacity' as well as his personal self.

6   6. Defendendants Santa Clara County Department of Corrections,
7 in and is at all times mentioned here-in a 'Public Entity' organized
8 under the rules, regulations, laws, and charters of the County of
9 Santa Clara, and the laws of the State of California.

10   7. At all times mentioned here-in, DOES 1 through 20 inclusive,
11 were the agents, servants, and employees of the co-defendnats, and
12 in doing things hereinafter alleged were acting in the scope of their
13 authority as such agents, servants, and employees, with the permiss-
14 ion and consent of their co-defendants.

15   8. In instance mentioned through-out this complaint and any and
16 all supplementals, defendant Alexandria used her authority to block,
17 reduce, or in some way stop and prevent plaintiff from exercising
18 his civil rights, that are afforded him under the United States Cons-
19 titution as well as the Constitution of the State of California.

20   9. Defendant Alexandria committed all acts and violations listed
21 in this complaint and all supplementals, with full knowledge that
22 by doing and/or taking such actions, would cause pain and suffering
23 and lose of liberty to plaintiff.

24   10. Defendant Alexandria, did such actions as listed in this compl-
25 aint and all supplementals, knowing that she was abusing her author-
26 ity, and that by doing so, caused harm to plaintiff.

27   11. Defendant Alexandria, has violated plaintiffs civil rights
28 by using her authority, given to her by defendants Edward C. Flores,

1  Chief of Corrections, and the D.O.C., by hendering plaintiffs access
2  to the courts by denying plaintiff his due status as a Pro Per Inmate,
3  representing himself in serveral legal matters and cause' of actions.

4    12. Defendant Alexandria, has, in her capacity and as a person,
5  is in violation of D.O.C. policy and a court order, by dis-allowing
6  plaintiff to act in his constitutional right to be self-represented
7  in a court action, by denying him his Pro Per Status.

8    13. Defendant Alexandria, under color of authority, has verbally
9  and in written form, denied plaintiff his right to be a Pro Per Inm-
10 ate, even though plaintiff had fulfilled all requirements demanded
11 by the department and ordered by the court.

12   14. Defendant Alexandria, has singled-out plaintiff, in a retali-
13 tory manner, in that she has, under color of authority, with the
14 authority given her by the D.O.C. and Chief Edward C. Flores, Chief
15 of Corrections, used said authority, to remove plaintiff from his
16 pro per status even after plaintiff had proven that he was infact
17 still in litigation.

18   15. Defendants D.O.C. and Chief Flores, had been notified of defen-
19 dant Alexandria's behavior and attitude and yet ignored plaintiff
20 and has continued to allow defendant Alexandria to continue to use
21 her authority and also act under the color of that authority, to
22 force her way, not policy, on plaintiff, with knowledge that she
23 was causing harm to plaintiff.

24   16. So plaintiff will not be 'redundant' in stating the same and
25 complaints as in the above paragraphs 1 through 15, he will state
26 now that paragraphs 1 through 15, applies to all defendants in their
27 capacities acting under color of authority and as a person. Also,
28 all defendants are being sued in their capacity and as a person,

1 where it applies by law.

2

3 **WHEREFORE**, plaintiff prays for the judgment against defendants,

4 each of them as follows.

    1. For general damages according to proof.

    2. For punitive damages, in the amount to be determined according
       to proof at trial.

    3. For damages to plaintiffs for defendants acts or omissions,
       act thru General Negligence according to proof.

    4. As additional damages against defendant Alexandria, Pro Per
       Coordinator, plaintiff alleges defendant were/are guilty of
       Malice and Oppression as defined in Civil Code §3294 and plai-
       ntiff should in addition to actual damages, make an example
       of and to punish defendant. The amount sought is not known,
       pursuant to Code of Civil Procedure §425.10.

    5. For reasonable attorney's fee's as determined by the court.

    6. For all and any cost of suit herein incurred, and

    7. For such other further relief as the court may deem proper
       and just in this case.

BY: *Timothy W. Brown*

    TIMOTHY W. BROWN, Plaintiff in Pro Per.

**VERIFICATION**

    I Timothy W. Broen, am the plaintiff in the cause and action.
I have read the forgoing complaint know the contents thereof. The
same is true of my knowledge as to those matters which are therein
alleged on information and belief, as to those matters I believe
to be true.

    I declare under penalty of perjury under the laws of the State
of California that the foregoing is true and correct.

Dated 5-17    2007

                          *Timothy W. Brown*
                          TIMOTHY N. BROWN Plaintiff.

# CIVIL LAWSUIT NOTICE

**ATTACHMENT A**

CASE NUMBER: *107CV086562*

**Superior Court of California, County of Santa Clara**
**191 N. First St., San Jose, CA 95113**

## READ THIS ENTIRE FORM

**PLAINTIFFS** (the person(s) suing):  Within 60 days after filing the lawsuit, you must serve each defendant with the *Complaint, Summons,* an *Alternative Dispute Resolution (ADR) Information Sheet,* and a copy of this *Civil Lawsuit Notice,* and you must file written proof of such service.

---

**DEFENDANTS** (the person(s) being sued): **You must do each of the following to protect your rights:**

1. You must file a **written response** to the Complaint, in the clerk's office of the Court, within **30 days** of the date the *Summons* and *Complaint* were served on you;

2. You must send a copy of your written response to the plaintiff; and

3. You must attend the first Case Management Conference.

   **Warning: If you do not do these three things, you may automatically lose this case.**

---

**RULES AND FORMS**:  You must follow the California Rules of Court (CRC) and the Santa Clara County Superior Court Local Civil Rules and use proper forms.  You can get legal information, view the rules and get forms, free of charge, from the Self-Service Center at 99 Notre Dame Avenue, San Jose (408-882-2900 x-2926), or from:

- State Rules and Judicial Council Forms:  www.courtinfo.ca.gov/forms and www.courtinfo.ca.gov/rules
- Local Rules and Forms:  www.sccsuperiorcourt.org/civil/rule1toc.htm
- Rose Printing, 49 N. First St., San Jose (408-293-8177)

For other local information, visit the Court's Self-Service website www.scselfservice.org and select "Civil."

**CASE MANAGEMENT CONFERENCE (CMC):**  You must meet with the other parties and discuss the case, in person or by telephone, at least 30 calendar days before the CMC.  You must also fill out, file and serve a *Case Management Statement* (Judicial Council form CM-110) at least 15 calendar days before the CMC.  You or your attorney must appear at the CMC. You may ask to appear by telephone – see Local Civil Rule 8.

---

Your Case Management Judge is:  Kevin McKenney _____ **DEPT:** 16 ___

The first CMC is scheduled as follows: (Completed by Clerk of Court)
        Date:  *OCT 0 2 2007*   Time: 2:15 PM  Dept.: 16 ___

The next CMC is scheduled as follows: (Completed by party if the first CMC was continued or has passed)
        Date: _____ Time: _____ Dept.: _____

---

**ALTERNATIVE DISPUTE RESOLUTION (ADR):** If all parties have appeared and filed a completed *ADR Stipulation Form* (local form CV-5008) at least 15 days before the CMC, the Court will cancel the CMC and mail notice of an ADR Status Conference.  Visit the Court's website at www.sccsuperiorcourt.org/civil/ADR/ or call the ADR Administrator (408-882-2100 x-2156) for a list of ADR providers and their qualifications, services, and fees.

**WARNING**: Sanctions may be imposed if you do not follow the California Rules of Court or the Local Rules of Court.

---

Form CV-5012
Rev. 1/01/04

CIVIL LAWSUIT NOTICE

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF SANTA CLARA
## ALTERNATIVE DISPUTE RESOLUTION
### INFORMATION SHEET / CIVIL DIVISION

Many cases can be resolved to the satisfaction of all parties without the necessity of traditional litigation, which can be expensive, time consuming, and stressful. The Court finds that it is in the best interests of the parties that they participate in alternatives to traditional litigation, including arbitration, mediation, neutral evaluation, special masters and referees, and settlement conferences. Therefore, all matters shall be referred to an appropriate form of Alternative Dispute Resolution (ADR) before they are set for trial, unless there is good cause to dispense with the ADR requirement.

*What is ADR?*

ADR is the general term for a wide variety of dispute resolution processes that are alternatives to litigation. Types of ADR processes include mediation, arbitration, neutral evaluation, special masters and referees, and settlement conferences, among others forms.

*What are the advantages of choosing ADR instead of litigation?*

ADR can have a number of advantages over litigation:

< **ADR can save time.** A dispute can be resolved in a matter of months, or even weeks, while litigation can take years.

< **ADR can save money.** Attorney's fees, court costs, and expert fees can be reduced or avoided altogether.

< **ADR provides more participation.** Parties have more opportunities with ADR to express their interests and concerns, instead of focusing exclusively on legal rights.

< **ADR provides more control and flexibility.** Parties can choose the ADR process that is most likely to bring a satisfactory resolution to their dispute.

< **ADR can reduce stress.** ADR encourages cooperation and communication, while discouraging the adversarial atmosphere of litigation. Surveys of parties who have participated in an ADR process have found much greater satisfaction than with parties who have gone through litigation.

*What are the main forms of ADR offered by the Court?*

< **Mediation** is an informal, confidential process in which a neutral party (the mediator) assists the parties in understanding their own interests, the interests of the other parties, and the practical and legal realities they all face. The mediator then helps the parties to explore options and arrive at a mutually acceptable resolution of the dispute. The mediator does not decide the dispute. The parties do.

< Mediation may be appropriate when:
  < The parties want a non-adversary procedure
  < The parties have a continuing business or personal relationship
  < Communication problems are interfering with a resolution
  < There is an emotional element involved
  < The parties are interested in an injunction, consent decree, or other form of equitable relief

*-over-*

---

ALTERNATIVE DISPUTE RESOLUTION INFORMATION SHEET/ CIVIL DIVISION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PROOF OF SERVICE BY MAIL

*Timothy W. Brown v. Santa Clara County*
*Department of Correction, et al.*

I, Catherine M. Grijalva, say:

I am now and at all times herein mentioned have been over the age of eighteen years, employed in Santa Clara County, California, and not a party to the within action or cause; that my business address is 70 West Hedding, East Wing, 9th Floor, San Jose, California 95110-1770. I am readily familiar with the County's business practice for collection and processing of correspondence for mailing with the United States Postal Service. I served a copy of **DEFENDANT'S NOTICE OF AND PETITION FOR REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. §1441(b) (Federal Question)** by placing said copy in an envelope addressed to:

Timothy W. Brown
BKN: 06526348  PFN: APK134
885 N. San Pedro St.
San Jose, CA 95110

which envelope was then sealed, with postage fully prepaid thereon, on **September 14, 2007**, and placed for collection and mailing at my place of business following ordinary business practices. Said correspondence will be deposited with the United States Postal Service at San Jose, California, on the above-referenced date in the ordinary course of business; there is delivery Service by United States mail at the place so addressed.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on **September 14, 2007**, at San Jose, California.

Catherine M. Grijalva

95390.wpd

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Proof of Service by Mail

-1-