ANN MILLER RAVEL, County Counsel (S.B. #62139)
KEVIN M. HAMMON, Deputy County Counsel (S.B. #232360)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding, East Wing, 9th Floor
San Jose, California 95110-1770
Telephone: (408) 299-5900
Facsimile: (408) 292-7240

Attorneys for Defendant
COUNTY OF SANTA CLARA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TIMOTHY W. BROWN,

    Plaintiff,

v.

SANTA CLARA COUNTY DEPARTMENT OF CORRECTION; Pro Per Coordinator known as ALEXANDRIA, in her official capacity and a person; EDWARD C. FLORES, Chief of Correction, in his official capacity and as a person; DOES 1 through 20

    Defendants.

No. C07-04749 JW (HRL)

**PROOF OF SERVICE BY MAIL**

I, Catherine M. Grijalva, say:

I am now and at all times herein mentioned have been over the age of eighteen years, employed in Santa Clara County, California, and not a party to the within action or cause; that my business address is 70 West Hedding, East Wing, 9th Floor, San Jose, California 95110-1770. I am readily familiar with the County's business practice for collection and processing of correspondence for mailing with the United States Postal Service. I served a copy of the

**1) ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINE; 2) ADR DISPUTE RESOLUTION PROCEDURES; and, 3) GENERAL ORDER NO. 40 PROHIBITION OF BIAS**, by placing said copy in an envelope addressed to:

1  Timothy W. Brown
2  BKN: 06526348  PFN: APK134
   885 N. San Pedro St.
3  San Jose, CA 95110

4  which envelope was then sealed, with postage fully prepaid thereon, on **September 19, 2007,**

5  and placed for collection and mailing at my place of business following ordinary business

6  practices. Said correspondence will be deposited with the United States Postal Service at San

7  Jose, California, on the above-referenced date in the ordinary course of business; there is

8  delivery Service by United States mail at the place so addressed.

9      I declare under penalty of perjury under the laws of the State of California that the

10 foregoing is true and correct, and that this declaration was executed on **September 19, 2007,** at

11 San Jose, California.

13                       Catherine M. Grijalva