ANN MILLER RAVEL, County Counsel (S.B. #62139)
KEVIN M. HAMMON, Deputy County Counsel (S.B. #232360)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding, East Wing, 9th Floor
San Jose, California 95110-1770
Telephone: (408) 299-5900
Facsimile: (408) 292-7240

Attorneys for Defendant
COUNTY OF SANTA CLARA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY W. BROWN<br><br>Plaintiff,<br><br>v.<br><br>SANTA CLARA COUNTY DEPARTMENT OF CORRECTION; Pro Per Coordinator known as ALEXANDRIA, in her official capacity and a person; EDWARD C. FLORES, Chief of Correction, in his official capacity and as a person; DOES 1 through 20<br><br>Defendants. | No.  C07-04749 JW (HRL)<br><br>**DEFENDANT COUNTY OF SANTA CLARA'S ANSWER TO PLAINTIFF'S COMPLAINT** |

Defendant COUNTY OF SANTA CLARA for its answer to the Complaint for Damages (hereinafter "Complaint"), dated June 12, 2007, on file herein, (hereinafter "Complaint") alleges as follows:

1.     In answer to paragraphs 1, 2, and 3 of the Complaint, this answering Defendant does not have sufficient information to either admit or deny the allegations contained in those paragraphs and on that ground denies each and every allegation contained therein.

2.     In answer to paragraphs 4, 5, 6, and 7 of the Complaint, this answering Defendant does not have sufficient information to either admit or deny the allegations contained in those paragraphs because no time periods are referenced in the Complaint. Accordingly, this

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Defendant's Answer to
Plaintiff's Complaint         -1-         C07-04749 JW (HRL)

answering Defendant must deny each and every allegation contained in said paragraphs.

3. In answer to paragraphs 8, 9, 10, 11, 12, 13, and 14 of the Complaint, this answering Defendant does not have sufficient information to either admit or deny the allegations contained in those paragraphs and on that ground denies each and every allegation contained therein.

4. In answer to paragraph 15 of the Complaint, this answering Defendant denies that it was "notified of Defendant Alexandria's behavior and attitude and yet ignored Plaintiff and has continued to allow Defendant Alexandria to continue to use her authority and also act under the color of that authority, to force her way, not policy, on Plaintiff, with knowledge that she was causing harm to Plaintiff." To the extent paragraph 15 pertains to Chief Edward Flores, this answering Defendant does not have sufficient information to either admit or deny the allegations contained in this paragraph and on that ground denies each and every allegation contained therein.

5. In answer to paragraph 16 of the Complaint, this answering Defendant does not have sufficient information to either admit or deny the allegations contained in this paragraph and on that ground denies each and every allegation contained therein.

6. In answer to the prayer for relief on page four of the Complaint, this answering Defendant denies that Plaintiff is entitled to any and all of the relief requested therein.

## FIRST AFFIRMATIVE DEFENSE

(Frivolous, Vexatious)

As a separate, distinct and affirmative defense to the Complaint, and to each and every cause of action contained therein, this answering Defendant alleges that Plaintiff's maintenance of this action is frivolous and vexatious, and not brought with reasonable cause and in the good-faith belief that there was a justifiable controversy under the facts and law which warranted the filing of the action, thus entitling Defendant to an award of attorneys' fees and costs pursuant to Code of Civil Procedure section 1038.

//

//

//

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Defendant's Answer to
Plaintiff's Complaint    -2-    C07-04749 JW (HRL)

## SECOND AFFIRMATIVE DEFENSE

(Failure To State A Claim)

As a separate, distinct and affirmative defense to the Complaint, and to each and every cause of action contained therein, this answering Defendant alleges that neither the Complaint nor any of its purported causes of action state facts sufficient to constitute a claim upon which relief can be granted.

## THIRD AFFIRMATIVE DEFENSE

(Actual Cause)

As a separate, distinct and affirmative defense to the Complaint, and to each and every cause of action contained therein, this answering Defendant alleges that the acts alleged in the Complaint, on the part of this answering Defendant, did not actually cause the injuries complained of by Plaintiff. As such, this answering Defendant is not liable for the injuries complained of herein.

## FOURTH AFFIRMATIVE DEFENSE

(Proximate Cause)

As a separate, distinct and affirmative defense to the Complaint, and to each and every cause of action contained therein, this answering Defendant alleges that there is no proximate causation to link the injuries complained of by Plaintiff, with any actions on the part of this answering Defendant, if any there may be, as alleged in the Complaint. As such, this answering Defendant is not liable for the injuries complained of.

## FIFTH AFFIRMATIVE DEFENSE

(No Violation Of Rights)

As a separate, distinct and affirmative defense to the Complaint, and to each and every cause of action contained therein, this answering Defendant denies that they have deprived the Plaintiff of any rights, privileges, or immunities guaranteed by the laws or Constitution of the United States or by the laws or Constitution of the State of California.

//

//

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

## SIXTH AFFIRMATIVE DEFENSE

(Res Judicata/Collateral Estoppel)

As a separate, distinct and affirmative defense to the Complaint, and to each and every cause of action contained therein, this answering Defendant alleges that this action is barred due to the doctrines of res judicata and/or collateral estoppel.

## SEVENTH AFFIRMATIVE DEFENSE

(Punitive Damages)

As a separate, distinct and affirmative defense to the Complaint, and to each and every cause of action contained therein, this answering Defendant alleges that a government entity is not liable for punitive or exemplary damages.

## EIGHTH AFFIRMATIVE DEFENSE

(Lack of Malice, Willfulness or Fraud)

As a separate, distinct and affirmative defense to the Complaint, and to each and every cause of action contained therein, this answering Defendant alleges that at no time did they act maliciously, willfully, or fraudulently.

## NINTH AFFIRMATIVE DEFENSE

(Compliance with State and Federal Law)

As and for a separate and affirmative defense to the Complaint on file herein, this answering Defendant alleges that all actions taken by them (and/or their employees) comported with all state and federal law.

## TENTH AFFIRMATIVE DEFENSE

(Privileges or Immunities)

As a separate, distinct and affirmative defense to the Complaint, and to each and every cause of action contained therein, this answering Defendant alleges that some or all of Plaintiff's claims are barred by applicable statutory and common law privileges or immunities, including but not limited to managerial and deliberative process privileges or immunities, Tort Claims Act immunities, and/or other governmental immunities and/or privileges.

//

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Defendant's Answer to
Plaintiff's Complaint      -4-      C07-04749 JW (HRL)

### ELEVENTH AFFIRMATIVE DEFENSE

(Policy, Custom Or Practice)

As a separate, distinct and affirmative defense to the Complaint, and to each and every cause of action contained therein, this answering Defendant alleges that it has no policy, custom or practice which violates any person's civil rights.

### TWELFTH AFFIRMATIVE DEFENSE

(No Established Constitutional Rights)

As and for a separate and affirmative defense to the Complaint, this answering Defendant alleges that at the time of the events alleged by Plaintiff there were no clearly established constitutional rights of which the answering Defendant knew, or should have known, which required this answering Defendant to act differently. This answering Defendant therefore alleges that it is immune from liability.

### THIRTEENTH AFFIRMATIVE DEFENSE

(Prison Litigation Reform Act)

As a separate, distinct and affirmative defense to the Complaint, and to each and every cause of action contained therein, this answering Defendant alleges that Plaintiff has failed to exhaust his administrative remedies under the Prison Litigation Reform Act.

### FOURTEENTH AFFIRMATIVE DEFENSE

(Speculation)

As a separate, distinct and affirmative defense to the Complaint, and to each and every cause of action contained therein, this answering Defendant alleges that Plaintiff's claims for damages are based purely on speculation, guesswork, and conjecture.

### FIFTEENTH AFFIRMATIVE DEFENSE

(Neglect and Fault)

As a separate, distinct and affirmative defense to the Complaint, and to each and every cause of action contained therein, this answering Defendant alleges that Plaintiff's claims for damages are based purely on speculation, guesswork, and conjecture.

//

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Defendant's Answer to
Plaintiff's Complaint                    -5-                    C07-04749 JW (HRL)

WHEREFORE, Defendant COUNTY OF SANTA CLARA prays as follows:

1. That Plaintiff takes nothing by way of his complaint;

2. That Plaintiff's complaint be dismissed with prejudice;

3. That Defendant be awarded its costs of suit incurred herein including attorney's fees; and,

4. For such other and further relief as the Court may deem proper.

Dated: September 20, 2007

Respectfully submitted,

ANN MILLER RAVEL
County Counsel

By: _____/S/_____
KEVIN M. HAMMON
Deputy County Counsel

Attorneys for Defendant
COUNTY OF SANTA CLARA

95911.wpd

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Defendant's Answer to
Plaintiff's Complaint    -6-    C07-04749 JW (HRL)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PROOF OF SERVICE BY MAIL

*Timothy W. Brown v. Santa Clara County Department of Correction, et al.*    No. C07-04749 JW (HRL)

I, Catherine M. Grijalva, say:

I am now and at all times herein mentioned have been over the age of eighteen years, employed in Santa Clara County, California, and not a party to the within action or cause; that my business address is 70 West Hedding, East Wing, 9th Floor, San Jose, California 95110-1770. I am readily familiar with the County's business practice for collection and processing of correspondence for mailing with the United States Postal Service. I served a copy of **DEFENDANT COUNTY OF SANTA CLARA'S ANSWER TO PLAINTIFF'S COMPLAINT** by placing said copy in an envelope addressed to:

Timothy W. Brown
BKN: 06526348  PFN: APK134
885 N. San Pedro St.
San Jose, CA  95110

which envelope was then sealed, with postage fully prepaid thereon, on **September 20, 2007**, and placed for collection and mailing at my place of business following ordinary business practices. Said correspondence will be deposited with the United States Postal Service at San Jose, California, on the above-referenced date in the ordinary course of business; there is delivery Service by United States mail at the place so addressed.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on **September 20, 2007**, at San Jose, California.

*/s/ Catherine M. Grijalva*
Catherine M. Grijalva

95390.wpd