**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Timothy Brown, | NO. C 07-04749 JW |
|       Plaintiff, | **ORDER RE: PLAINTIFF'S MOTION TO DISMISS** |
|   v. | |
| Santa Clara County Dep't of Corrections, et al., | |
|       Defendant. | |

On October 4, 2007, Plaintiff filed a motion entitled "Motion to Dismiss Due to Dismissal of the Superior Court Case # 107CV086562." (See Docket Item No. 6.) The Court liberally construes Plaintiff's motion as a Motion to Remand this case to the state court. The record is unclear as to whether Plaintiff properly served the motion on the Defendants. In addition, the record is unclear as to the procedural posture of these cases. Accordingly, the Court orders Defendants to respond to Plaintiff's motion and brief the Court as to the status of the cases. Defendants shall file and serve their response by **December 17, 2007.**

Dated: November 30, 2007

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Kevin Hammon kevin.hammon@cco.sccgov.org

Timothy W. Brown
Santa Clara Department of Corrections
885 N. San Pedro Street
San Jose, Ca 95110

**Dated:  November 30, 2007**               **Richard W. Wieking, Clerk**

                                            **By:   /s/ JW Chambers
                                                   Elizabeth Garcia
                                                   Courtroom Deputy**