ANN MILLER RAVEL, County Counsel (S.B. #62139)
KEVIN M. HAMMON, Deputy County Counsel (S.B. #232360)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding, East Wing, 9th Floor
San Jose, California 95110-1770
Telephone: (408) 299-5900
Facsimile: (408) 292-7240

Attorneys for Defendant
COUNTY OF SANTA CLARA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY W. BROWN<br><br>Plaintiff,<br><br>v.<br><br>SANTA CLARA COUNTY DEPARTMENT OF CORRECTION; Pro Per Coordinator known as ALEXANDRIA, in her official capacity and a person; EDWARD C. FLORES, Chief of Correction, in his official capacity and as a person; DOES 1 through 20<br><br>Defendants. | No.  C07-04749 JW<br><br>**DEFENDANT COUNTY OF SANTA CLARA'S RESPONSE TO PLAINTIFF'S MOTION TO DISMISS** |

Plaintiff Timothy W. Brown ("Plaintiff") is right. The instant matter should be dismissed due to the Santa Clara County Superior Court's ("Superior Court") dismissal of Plaintiff's state action, Case No. 1-07-CV086562 ("State Action"). On June 25, 2007, Superior Court Judge Kevin McKenney voided the State Action complaint for non-payment of fees. (Declaration of Kevin Hammon ("Hammon Decl."), ¶ 3, Exh. B.) Nevertheless, Plaintiff served his State Action complaint upon Defendant County of Santa Clara ("County") on August 7, 2007. (*Id.* at ¶ 4, Exh.C.) Without realizing that the State Action had been dismissed, the County removed it to federal court on September 19, 2007, and filed an answer herein on September 20, 2007. (*Id.* at ¶ 5.) This gave rise to the instant action, Case No. C07-04749 JW. On October 4, 2007,

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Defendant's Response To
Plaintiff's Motion To Dismiss      -1-      C07-04749 JW (HRL)

1  Plaintiff filed a motion to dismiss the instant action on the ground that it was already dismissed
2  by the Superior Court. This action was not subject to removal because it was not "pending" in
3  state court– i.e., it had already been dismissed. (*Ristuccia v. Adams*, 406 F2d 1257, 1258 (9th
4  Cir. 1969).)

5      Accordingly, the County respectfully requests that Plaintiff's October 4, 2007 motion be
6  construed as a motion to dismiss, and granted as such. In the alternative, the County requests
7  that Plaintiff's motion be construed as a motion to remand this case to state court, and granted
8  as such.

9  Dated: December 17, 2007            Respectfully submitted,

                         ANN MILLER RAVEL
                         County Counsel

               By:          /S/
                         KEVIN M. HAMMON
                         Deputy County Counsel

                         Attorneys for Defendant
                         COUNTY OF SANTA CLARA

106068.wpd

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Defendant's Response To
Plaintiff's Motion To Dismiss     -2-     C07-04749 JW (HRL)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PROOF OF SERVICE BY MAIL

*Timothy W. Brown v. Santa Clara County Department of Correction, et al.*                    No. C07-04749 JW (HRL)

I, Catherine M. Grijalva, say:

I am now and at all times herein mentioned have been over the age of eighteen years, employed in Santa Clara County, California, and not a party to the within action or cause; that my business address is 70 West Hedding, East Wing, 9th Floor, San Jose, California 95110-1770. I am readily familiar with the County's business practice for collection and processing of correspondence for mailing with the United States Postal Service. I served a copy of **DEFENDANT COUNTY OF SANTA CLARA'S RESPONSE TO PLAINTIFF'S MOTION TO DISMISS** by placing said copy in an envelope addressed to:

Timothy W. Brown
BKN: 06526348 PFN: APK134
SATF- Corcoran
900 Quebec Avenue
Corcoran, CA  93212

which envelope was then sealed, with postage fully prepaid thereon, on **December 17, 2007**, and placed for collection and mailing at my place of business following ordinary business practices. Said correspondence will be deposited with the United States Postal Service at San Jose, California, on the above-referenced date in the ordinary course of business; there is delivery Service by United States mail at the place so addressed.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on **December 17, 2007**, at San Jose, California.

_____
Catherine M. Grijalva

95390.wpd