ANN MILLER RAVEL, County Counsel (S.B. #62139)
KEVIN M. HAMMON, Deputy County Counsel (S.B. #232360)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding, East Wing, 9th Floor
San Jose, California 95110-1770
Telephone: (408) 299-5900
Facsimile: (408) 292-7240

Attorneys for Defendant
COUNTY OF SANTA CLARA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY W. BROWN<br><br>Plaintiff,<br><br>v.<br><br>SANTA CLARA COUNTY DEPARTMENT OF CORRECTION; Pro Per Coordinator known as ALEXANDRIA, in her official capacity and a person; EDWARD C. FLORES, Chief of Correction, in his official capacity and as a person; DOES 1 through 20<br><br>Defendants. | No.   C07-04749 JW<br><br>**DECLARATION OF KEVIN HAMMON IN SUPPORT OF DEFENDANT COUNTY OF SANTA CLARA'S RESPONSE TO PLAINTIFF'S MOTION TO DISMISS** |

I, KEVIN HAMMON, declare:

1. I am an attorney licensed to practice in all the courts of the State of California and in this Court. I am a Deputy County Counsel with the County of Santa Clara's Office of the County Counsel, attorneys of record for Defendant County of Santa Clara ("County"). I have personal knowledge of all matters set forth below and if called upon to testify I could and would testify competently thereto.

2. On May 24, 2007, Plaintiff Timothy W. Brown ("Plaintiff") filed his state action, No. 1-07-CV086562, ("State Action") in Santa Clara County Superior Court. A true and correct copy of the State Action complaint is attached hereto as Exhibit A.

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Hammon Dec. In Supp. Of Response To
Plaintiff's Motion To Dismiss     -1-     C07-04749 JW (HRL)

3. On June 25, 2007, Santa Clara County Superior Court Judge Kevin McKenney voided the State Action for non-payment of fees. A true and correct copy of Judge McKenney's Order voiding the State Action is attached hereto as Exhibit B.

4. Nevertheless, Plaintiff served the State Action complaint upon the County on August 7, 2007. A true and correct copy of the State Action summons served upon the County is attached hereto as Exhibit C.

5. Without realizing that the State Action had been dismissed, the County removed it to federal court on September 19, 2007, and filed an answer herein on September 20, 2007. This gave rise to the instant action, Case No. C07-04749 JW.

I declare under penalty of perjury that the foregoing is true and correct and that this Declaration is executed by me on November 2, 2007, in San Jose, California.

Dated: December 17, 2007

Respectfully submitted,

ANN MILLER RAVEL
County Counsel

By: _____/S/_____
KEVIN M. HAMMON
Deputy County Counsel

Attorneys for Defendant
COUNTY OF SANTA CLARA

106187.wpd

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Hammon Dec. In Supp. Of Response To
Plaintiff's Motion To Dismiss                -2-                C07-04749 JW (HRL)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PROOF OF SERVICE BY MAIL

*Timothy W. Brown v. Santa Clara County Department of Correction, et al.*     No. C07-04749 JW (HRL)

I, Catherine M. Grijalva, say:

I am now and at all times herein mentioned have been over the age of eighteen years, employed in Santa Clara County, California, and not a party to the within action or cause; that my business address is 70 West Hedding, East Wing, 9th Floor, San Jose, California 95110-1770. I am readily familiar with the County's business practice for collection and processing of correspondence for mailing with the United States Postal Service. I served a copy of **DECLARATION OF KEVIN HAMMON IN SUPPORT OF DEFENDANT COUNTY OF SANTA CLARA'S RESPONSE TO PLAINTIFF'S MOTION TO DISMISS** by placing said copy in an envelope addressed to:

Timothy W. Brown
BKN: 06526348 PFN: APK134
SATF- Corcoran
900 Quebec Avenue
Corcoran, CA 93212

which envelope was then sealed, with postage fully prepaid thereon, on **December 17, 2007**, and placed for collection and mailing at my place of business following ordinary business practices. Said correspondence will be deposited with the United States Postal Service at San Jose, California, on the above-referenced date in the ordinary course of business; there is delivery Service by United States mail at the place so addressed.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on **December 17, 2007**, at San Jose, California.

_____
Catherine M. Grijalva

95390.wpd