| | |
|---|---|
| **SUPERIOR COURT OF CALIFORNIA, COUNTY OF SANTA CLARA**<br>Mailing Address: 191 North First Street, San Jose, CA 95113<br>Unless otherwise noted.<br><br>☑ DOWNTOWN COURTHOUSE<br>☐ LOS GATOS COURTHOUSE<br>☐ SOUTH COUNTY COURTHOUSE – 12425 Monterey Road, San Martin, CA 95046<br>☐ PALO ALTO COURTHOUSE – 270 Grant Avenue, Palo Alto, CA 94306<br>☐ TRAFFIC COURT<br>☐ HALL OF JUSTICE COURTHOUSE<br>☐ TERRAINE COURTHOUSE<br>☐ JUVENILE DELINQUENCY | **FILED**<br>FOR COURT USE ONLY<br><br>2007 JUN 26 P 4: 03<br><br>[clerk stamp]<br><br>M. Huerta |
| Plaintiff/Petitioner:<br>T. Brown | |
| Defendant/Respondent:<br>Santa Clara County Department of Correction, et al | |
| **REQUEST FOR ACTION** | CASE NUMBER:<br>107CV086562 |

Date: 6/21/07     To Judge: McKenney

☑ For your review and instruction
☐ For your information
☑ Other: Timothy W Brown fee waiver application was denied on 6/04/07. Ten days have passed and no payment has been received. Please void the complaint filed by the plaintiff on 5/24/07 for non payment.

Maria Huerta                    Lan Fang Wang
_____                _____
Legal Process Clerk             Supervisor/Manager Approval

## Order of Court

☐ File Stamp                    ☐ Schedule Hearing
☐ Place in File – No Action Required    ☒ Order(s) as Follows:

Complaint voided for non-payment of fees.

Dated: 6-25-07

_____
Judge of the Superior Court

REQUEST FOR ACTION

CW-9003 REV 5/06

CASE ACCOUNTING DETAIL - FEES: 1-07-CV-086562

| DATE | ACCT | TT | RECEIPT | AMOUNT | MOP |
|---|---|---|---|---|---|
| 05/24/07 | 1118 | CP | 0700051530 | 320.00 | WA |

CASE ACCOUNTING DETAIL - RECEIVABLES: 1-07-CV-086562

| DATE | ACCT | TT | RECEIPT | OBLIGATION | AMOUNT | MOP | BALANCE |
|---|---|---|---|---|---|---|---|
| 05/24/07 | 1118 | CO | | | | | 320.00 |
| 05/24/07 | 1118 | CP | 0700051530 | 320.00 | WA | | 0.00 |

1118 CV UN Compl/1st Paper <$25K

1118 CV UN Compl/1st Paper <$25K

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SANTA CLARA
191 N. First Street
San Jose, CA  95113-1090

**FILED**

2001 JUN 27 P 2: 23

M. Huerta

O:  FILE COPY

E:  T. Brown vs Santa Clara County Department Of Correction, et al
ase Nbr:  1-07-CV-086562

## PROOF OF SERVICE

RDER voiding the complaint filed on 5/24/07 by Plaintiff Timothy W. Brown due
o non payment on denied fee waiver GRANTED by Judge McKenney

as delivered to the parties listed below in the above entitled case as set
orth in the sworn declaration below.

arties/Attorneys of Record:

:  Timothy W. Brown
    BKN:  06526348 PFN:  APK-134, 885 North San Pedro St., San Jose, CA 9511

you, a party represented by you, or a witness to be called on behlaf of that party need an accommodation under the American with
abilities Act, please contact the Court Administrator's office at (408)882-2700, or use the Court's TDD line, (408)882-2690 or
 Voice/TDD California Relay Service, (800)735-2922.

CLARATION OF SERVICE BY MAIL: I declare that I served this notice by enclosing a true copy in a sealed envelope, addressed to each
son whose name is shown above, and by depositing the envelope with postage fully prepaid, in the United States Mail at
 Jose, CA on 6/27/07.  KIRI TORRE, Chief Executive Officer/Clerk by Maria L Huerta, Deputy