ANN MILLER RAVEL, County Counsel (S.B. #62139)
KEVIN M. HAMMON, Deputy County Counsel (S.B. #232360)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding, East Wing, 9th Floor
San Jose, California 95110-1770
Telephone: (408) 299-5900
Facsimile: (408) 292-7240

Attorneys for Defendant
COUNTY OF SANTA CLARA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY W. BROWN<br><br>　　　Plaintiff,<br><br>v.<br><br>SANTA CLARA COUNTY<br>DEPARTMENT OF CORRECTION;<br>Pro Per Coordinator known<br>as ALEXANDRIA, in her official<br>capacity and a person; EDWARD<br>C. FLORES, Chief of Correction,<br>in his official capacity and<br>as a person; DOES 1 through 20<br><br>　　　Defendants. | No.   C07-04749 JW (HRL)<br><br>**AMENDED PROOF OF SERVICE BY MAIL** |

I, Catherine M. Grijalva, say:

I am now and at all times herein mentioned have been over the age of eighteen years, employed in Santa Clara County, California, and not a party to the within action or cause; that my business address is 70 West Hedding, East Wing, 9th Floor, San Jose, California 95110-1770. I am readily familiar with the County's business practice for collection and processing of correspondence for mailing with the United States Postal Service. I served a copy of the

**1) DEFENDANT COUNTY OF SANTA CLARA'S RESPONSE TO PLAINTIFF'S MOTION TO DISMISS; 2) DECLARATION OF KEVIN HAMMON IN SUPPORT OF DEFENDANT COUNTY OF SANTA CLARA'S RESPONSE TO PLAINTIFF'S**

1   **MOTION TO DISMISS**, by placing said copy in an envelope addressed to:

2   Timothy W. Brown
H-13508
3   PFN: APK134
SATF- Corcoran
4   900 Quebec Avenue
Corcoran, CA 93212

6   which envelope was then sealed, with postage fully prepaid thereon, on **January 3, 2008,**

7   and placed for collection and mailing at my place of business following ordinary business

8   practices. Said correspondence will be deposited with the United States Postal Service at San

9   Jose, California, on the above-referenced date in the ordinary course of business; there is

10   delivery Service by United States mail at the place so addressed.

11   I declare under penalty of perjury under the laws of the State of California that the

12   foregoing is true and correct, and that this declaration was executed on **January 3, 2008**, at San

13   Jose, California.

                                                                  *Catherine M. Grijalva*