IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Timothy W. Brown, | NO. C 07-04749 JW |
|       Plaintiff,<br>  v. | **ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS** |
| Santa Clara County<br>Department of Corrections, et al., | |
|       Defendant. | |

This is a prisoner civil rights case brought by Timothy Brown ("Plaintiff") against the Santa Clara Count Department of Corrections, Pro Per Coordinator Alexandria, and Chief of Edward C. Flores. (See Docket Item No. 1.) The case was initially brought in Santa Clara County Superior Court on May 24, 2007. (Id.) Defendants removed the case to the Northern District of California on September 14, 2007.

Presently before the Court is Plaintiff's motion to dismiss. (hereafter, "Motion," Docket Item No. 6.) Plaintiff contends that the state court action had already been dismissed prior to removal. (Motion at 1.) Defendants agree that the removal was in error.[1] The state court dismissed the action on June 25, 2007.[2] Nonetheless, Plaintiff served the Defendants on August 7, 2007.

---

[1] (Defendant County of Santa Clara's Response to Plaintiff's Motion to Dismiss at 1, hereafter, "Opposition," Docket Item No. 9.)

[2] (Declaration of Kevin Hammon in Support of Defendant County of Santa Clara's Response to Plaintiff's Motion to Dismiss, hereafter, Hammon Decl., Ex. B, Docket Item No. 10.)

(Hammon Decl., Ex. C.) Defendants' removed the action to the Northern District without realizing the state action had been dismissed. (Hammon Decl. ¶ 5.)

The Court treats Plaintiff's motion as a request for dismissal pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. Accordingly, the Court GRANTS Plaintiff's motion to dismiss.

The Clerk shall close the file.

Dated: January 3, 2008

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Kevin Hammon kevin.hammon@cco.sccgov.org

Timothy W. Brown
BKN: 06526348
Santa Clara Department of Corrections
885 N. San Pedro Street
San Jose, Ca 95110

**Dated:  January 3, 2008**          **Richard W. Wieking, Clerk**

                                      **By:  /s/ JW Chambers**
                                           **Elizabeth Garcia**
                                           **Courtroom Deputy**